Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−18847−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kevin D Bailey
  aka Kevin D Bailey Sr.
  15 Ridgewood Place
  Willingboro, NJ 08046

Social Security No.:
  xxx−xx−2913

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on April 30, 2017 and a confirmation hearing on such Plan has been scheduled for August 2, 2017.

The debtor filed a Modified Plan on July 14, 2017 and a confirmation hearing on the Modified Plan is scheduled for Sept. 6, 2017 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: July 18, 2017
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin D Bailey  
       Debtor

Case No. 17-18847-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 18, 2017  
                      Form ID: 186      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.
```
db              +Kevin D Bailey,    15 Ridgewood Place,    Willingboro, NJ 08046-2515
516798792       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
516798793      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
516798794       +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
516798795        Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516798796        Capital One Bank,    PO Box 32081,    Salt Lake City, UT 84130-0281
516798797       +Chase/Bank One Card Services,    PO BOX 15298,    Wilmington, DE 19850-5298
516798798        Citicards CBNA,    PO BOX 6241,    Sioux Falls, SD 57117-6241
516798800       +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
516857823       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
516798802        NJAISC,    P.O. Box 4775,    Trenton, NJ 08650-4775
516924859       +NJSVS Surcharge Violation Sys.,    POB 4580,    Trenton, NJ 08610-0580
516847897       +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2017 22:27:21     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2017 22:27:19     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516798799        E-mail/Text: mrdiscen@discover.com Jul 18 2017 22:26:40     Discover Financial Services,
                  PO Box 15316,    Wilmington, DE 19850
516818901        E-mail/Text: cio.bncmail@irs.gov Jul 18 2017 22:27:00     Department of the Treasury,
                  Internal Revenue Service,    P.O. Box 7346,    Philadelphia PA 19101-7346
516810773        E-mail/Text: mrdiscen@discover.com Jul 18 2017 22:26:40     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516798803       +E-mail/Text: vci.bkcy@vwcredit.com Jul 18 2017 22:27:26     Volkswagen Credit Inc.,    PO Box 3,
                  Hillsboro, OR 97123-0003
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516798801*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court: Internal Revenue Service,    Department of the Treasury,
                    P.O. Box 9019,    Holtsville, NY 11742-9019)
516939722*       IRS,    POB 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Andrew B. Finberg    on behalf of Debtor Kevin D Bailey andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matthew Siti    on behalf of Creditor   Rushmore Loan Management Services, LLC as a servicer for
               MTGLQ Investors, LP msiti@leopoldassociates.com, mrozea@leopoldassociates.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```