Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–18847–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kevin D Bailey
aka Kevin D Bailey Sr.
15 Ridgewood Place
Willingboro, NJ 08046

Social Security No.:
xxx–xx–2913

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/2/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 2, 2020
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-18847-CMG
Kevin D Bailey                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin           Page 1 of 2           Date Rcvd: Sep 02, 2020
                               Form ID: 148           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db              +Kevin D Bailey,    15 Ridgewood Place,    Willingboro, NJ 08046-2515
516798795        Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516798796        Capital One Bank,    PO Box 32081,    Salt Lake City, UT 84130-0281
516798800       +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
516924859       +NJSVS Surcharge Violation Sys.,    POB 4580,    Trenton, NJ 08610-0580
516857823      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court:  First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,
                  Omaha, NE 68197)
517022452       +Pennsylvania Dept. of Labor,    Office of Unemployment,    651 Boas St., Room 525,
                  Harrisburg, PA 17121-0751
517087930       +Rushmore Loan Management Services,    POB 55004,    Irvine, CA 92619-5004
516847897       +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 03 2020 00:43:14      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 03 2020 00:43:12      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516798792       +EDI: AMEREXPR.COM Sep 03 2020 04:03:00      American Express,    PO Box 981537,
                  El Paso, TX 79998-1537
517079388        EDI: BECKLEE.COM Sep 03 2020 04:03:00      American Express Centurion Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516798793        EDI: BANKAMER.COM Sep 03 2020 04:03:00      Bank of America,    PO Box 982238,
                  El Paso, TX 79998
516798794       +EDI: TSYS2.COM Sep 03 2020 04:03:00      Barclays Bank Delaware,    125 South West Street,
                  Wilmington, DE 19801-5014
516798798        EDI: CITICORP.COM Sep 03 2020 04:03:00      Citicards CBNA,    PO BOX 6241,
                  Sioux Falls, SD 57117-6241
516798799        EDI: DISCOVER.COM Sep 03 2020 04:03:00      Discover Financial Services,    PO Box 15316,
                  Wilmington, DE 19850
516818901        EDI: IRS.COM Sep 03 2020 04:03:00      Department of the Treasury,    Internal Revenue Service,
                  P.O. Box 7346,    Philadelphia PA 19101-7346
516810773        EDI: DISCOVER.COM Sep 03 2020 04:03:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
516798797        EDI: JPMORGANCHASE Sep 03 2020 04:03:00      Chase/Bank One Card Services,    PO BOX 15298,
                  Wilmington, DE 19850
517078047        EDI: PRA.COM Sep 03 2020 04:03:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                  POB 41067,    Norfolk VA 23541
517079913        EDI: PRA.COM Sep 03 2020 04:03:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516798803       +E-mail/Text: vci.bkcy@vwcredit.com Sep 03 2020 00:43:22      Volkswagen Credit Inc.,    PO Box 3,
                  Hillsboro, OR 97123-0003
                                                                                           TOTAL: 14


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516798801*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Department of the Treasury,
                  P.O. Box 9019,    Holtsville, NY 11742-9019)
516939722*      IRS,    POB 7346,    Philadelphia, PA  19101-7346
516953083*      IRS,    POB 7346,    Philadelphia, PA  19101-7346
516798802      ##NJAISC,    P.O. Box 4775,    Trenton, NJ 08650-4775
                                                                              TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin          Page 2 of 2          Date Rcvd: Sep 02, 2020
                              Form ID: 148         Total Noticed: 23
```

```
                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Andrew B. Finberg   on behalf of Debtor Kevin D Bailey andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Matthew  Siti   on behalf of Creditor   Rushmore Loan Management Services, LLC as a servicer for
           MTGLQ Investors, LP msiti@leopoldassociates.com,
           LeopoldAssociatesNJX6426@projects.filevine.com;jmilanese@leopoldassociates.com;sleopold@leopoldas
           sociates.com
          Mina M Beshara    on behalf of Creditor   Rushmore Loan Management Services, LLC as a servicer for
           MTGLQ Investors, LP mbeshara@hinshawlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 7
```